IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RySheena Moore, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Mac Property Management, LLC, d/b/a Mac Properties, <br><br> Defendant. | Case No. 24-cv-12912 <br><br> Hon. April M. Perry |

**DEFENDANT MAC PROPERTIES' MOTION TO DISMISS
PLAINTIFFS' COMPLAINT AND TO STRIKE CLASS ALLEGATIONS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(f), Defendant Mac Property Management, LLC d/b/a Mac Properties respectfully moves this Court to Dismiss the Complaint filed by Plaintiffs RySheena Moore, Cadeidga Coleman, Janishia Fleming, Sheilah Ayanwale, and HOPE Fair Housing Center (collectively, "Plaintiffs") and to strike the class allegations of the Plaintiffs' Complaint.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Joel M. Hammerman*
Joel M. Hammerman
Joshua P. Mahoney
Tiffany Kamara Nwosu
Naomi Duru
FAEGRE DRINKER BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000
Fax: (312) 569-3000

*Counsel for Mac Property Management, LLC*